OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
1/14/2015 PRIVATE USE
BOWIE, ELLE UNTA        Tr. Ct. No. 1313280-A

UNITED STATES POSTAGE

02 1R
0002003152      JAN 15  2015
MAILED FROM ZIP CODE 78701       $ 00.26⁵

PITNEY BOWES

WR-82,451-02

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ELLE UNTA BOWIE
NEY UNIT - TDC # 1793227
114 PRIVATE ROAD 4303
HONDO, TX  78861-3812

U TF

LAVRS3B  78861